585 A.2d 403
JAMES FAENZA v. PATRICK ARVONIO.

October 30, 1990.

Petition for certification denied.

585 A.2d 404
STATE OF NEW JERSEY v. JEROME DUMAS.

October 30, 1990.

Petition for certification denied.

585 A.2d °404
STATE OF NEW JERSEY v. JAMES CHAPPLE, JR.

October 30, 1990.

Petition for certification denied.

585 A.2d 404
STATE OF NEW JERSEY v. PERCY PATRICK.

October 30, 1990.

Petition for certification denied.

585 A.2d 404
STATE OF NEW JERSEY v. REGINALD TYRONE GILBERT.

October 30, 1990.

Petition for certification denied.